UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III,<br>         PLAINTIFF<br><br>v.<br><br>KENNETH D. COLLINS, ET AL.,<br>         DEFENDANTS | ) ) ) ) ) ) ) ) | CIVIL NO. 08-490-DBH |
| ARTHUR D'AMARIO, III,<br>         PLAINTIFF<br><br>v.<br><br>EDWARD C. ROY, ET AL.,<br>         DEFENDANTS | ) ) ) ) ) ) ) ) | CIVIL NO. 09-38-DBH |
| ARTHUR D'AMARIO, III,<br>         PLAINTIFF<br><br>v.<br><br>HENRY S. KINCH, JR.,<br>         DEFENDANT | ) ) ) ) ) ) ) ) | CIVIL NO. 09-106-DBH |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Upon *de novo* review, I **AFFIRM** the Magistrate Judge's recommended decisions of dismissal in these three cases.[1] No evidentiary hearing is necessary or appropriate.

---

[1] The plaintiff Arthur D'Amario has filed the same objection in each of his three cases and, therefore, I treat them together in this Order.

I also remind the plaintiff of my June 5, 2008, Order in <u>D'Amario v. United States</u>, 251 F.R.D. 63, 64 (D. Me. 2008), warning him against continued frivolous filings and the likelihood of an injunction against his excessive number of groundless lawsuits.  The plaintiff should take my 2008 warning into account in deciding whether to pay the filing fees to re-file these lawsuits.

**SO ORDERED.**

**DATED THIS 13TH DAY OF AUGUST, 2009**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF MAINE**